UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLOBAL OIL TOOLS                                    CIVIL ACTION

VERSUS                                              NO: 12-1507

BARNHILL, ET AL.                                    SECTION: "J" (4)

**ORDER**

Before the Court is Plaintiff's **Motion to Review Magistrate Judge's Order (Rec. Doc. 149)**. This motion, which is opposed, was set for hearing on April 10, 2013. Upon review of the record, the motion and memoranda of counsel, and the applicable law, this Court now finds that Plaintiff's motion should be **DENIED**.

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed. R. Civ. P. 72(a). When objections are raised to such a ruling the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." Id. Under this standard a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed." United States v. Untied States Gypsum Co., 333 U.S. 364, 395 (1948). After reviewing the case, the magistrate judge's order, and the arguments of the parties this Court finds that no such mistake has been made in the magistrate judge's Order (Rec. Doc. 141) and the plaintiff has not

shown that the magistrate judge's ruling is "clearly erroneous or contrary to law."  Accordingly,

**IT IS ORDERED** that the Plaintiff's motion is **DENIED**

New Orleans, Louisiana, this 14th day of May, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE