UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLOBAL OIL TOOLS, INC. | CIVIL ACTION |
| VERSUS | NO: 12-1507<br>c/w 12-3041 |
| BARNHILL ET AL. | SECTION: J(4) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to these actions have firmly agreed upon a compromise,

**IT IS ORDERED** that these actions are hereby **DISMISSED** without costs, but **WITHOUT PREJUDICE** to the right upon good cause shown, *within sixty days*, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 29th day of September, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE